IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FRANKLIN MARIN
and JOSE TREVINO                                                                                    PLAINTIFFS

v.                                         Case No. 1:21-cv-1024

LION OIL COMPANY, LLC
and DELEK US HOLDINGS, INC.                                                                DEFENDANTS

## ORDER

    Before the Court is a Motion to Withdraw as Counsel (ECF No. 19) filed by attorneys from the firm PPGMR Law, PLLC ("PPGMR"), who were initially retained as counsel for Defendants. Defendants have retained new counsel, attorney J. Lewis Wardlaw, who has entered his notice of appearance in this matter. ECF No. 18. Therefore, the attorneys with PPGMR request that they be withdrawn as counsel for Defendants. Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, the motion by PPGMR to withdraw as counsel (ECF No. 19) is hereby **GRANTED**. All attorneys for PPGMR are hereby relieved as counsel for Defendants: G. Alan Perkins, Julie D. Greathouse, M. Christine Dillard, and Samuel S. McLelland. The Clerk of Court is **directed** to remove the attorneys listed above from the CM/ECF notification system for this case. Defendants will continue to be represented by their current counsel of record, J. Lewis Wardlaw.

    **IT IS SO ORDERED**, this 9th day of December, 2021.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge