IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOYLE LAWSON                                                                                                           PLAINTIFF

v.                                              Case No. 1:20-cv-1024

JOHN H. BROWN, JR., and
BLAIR LOGISTICS, LLC                                                                                                   DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal.  ECF No. 35.  The parties ask that the Court dismiss this case with prejudice, with each party bearing its own costs and fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 7th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge